JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO PEREZ PELANO, | Case No. CV 15-5031 FMO (GJSx) |
| Plaintiff, | |
| v. | JUDGMENT |
| SHELL GAS STATION, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 4th day of November, 2015.

/s/
Fernando M. Olguin
United States District Judge